IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JENNIFER VAN BUSKIRK, AUTUMN DEASE, ARTIS DEASE, AND ALL OTHERS SIMILARLY SITUATED UNDER 29 USC 216(b)<br><br>*Plaintiffs,*<br><br>v.<br><br>SOLIMA PEOPLE, LLC, d/b/a EGGSPECTATION<br><br>*Defendant.* | Civil Action No. 5:17-cv-00301 |

## FINAL JUDGMENT

Pursuant to the Parties' Stipulation of Dismissal and Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 58, all of Plaintiffs' claims against Defendant are hereby DISMISSED WITH PREJUDICE. Costs of court under 28 U.S.C. § 1920 shall be borne by the party incurring them.

SIGNED: November 21, 2017.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE